UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Johnson v. Davol, Inc., et al.*
Case No. 2:22-cv-106

## ORDER

On May 7, 2021, Plaintiff Linton Johnson filed a complaint in this multidistrict litigation ("MDL") (Case No. 21-cv-2329, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Ventralight ST hernia mesh patch, a product manufactured by Defendants that is part of this MDL, and a Phasix ST. (*Id.*) On January 12, 2022, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by the Ventralight ST. (ECF No. 1.) On March 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 21-cv-2329. (ECF No. 4.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 4) is **GRANTED** and this case is **DISMISSED**.

      IT IS SO ORDERED.


**4/17/2023**                                                        s/Edmund A. Sargus, Jr.
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**